**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: HUDSON HOME INC.                                §     Case No. 10-28762-TAB
                                                        §
                                                        §
Debtor(s)                                               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 28, 2010.  The undersigned trustee was appointed on June 28, 2010.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of          $               23,651.13

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1,253.88 |
| Bank service fees | 1,005.85 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of [1]          $               21,391.40

The remaining funds are available for distribution.

5.  Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 04/27/2012 and the deadline for filing governmental claims was 04/27/2012.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,115.11.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,115.11, for a total compensation of $3,115.11.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $288.55, for total expenses of $288.55.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: _06/25/2015_____    By:/s/ALEX D. MOGLIA _____
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-28762-TAB

**Case Name:** HUDSON HOME INC.

**Period Ending:** 06/25/15

**Trustee:** (330260)    ALEX D. MOGLIA

**Filed (f) or Converted (c):** 06/28/10 (f)

**§341(a) Meeting Date:** 08/24/10

**Claims Bar Date:** 04/27/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bank account | 400.00 | 400.00 | | 0.00 | FA |
| 2 | Commercial lease security deposit | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Miscellaneous office equipment, etc. | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 4 | PREFERENCE RECOVERIES (u) | 0.00 | 30,000.00 | | 7,500.00 | FA |
| 5 | Wesley's Flooring Inc preference recovery (u) | 0.00 | 0.00 | | 5,000.00 | FA |
| 6 | Illinois Tax Refund (u) | 0.00 | 0.00 | | 1.57 | FA |
| 7 | Utility Refund (u) | 0.00 | 0.00 | | 11.05 | FA |
| 8 | First Community Insurance (u) | 0.00 | 0.00 | | 1,138.50 | FA |
| 9 | Citibank, N.A. (u) | 0.00 | 0.00 | | 10,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.01 | Unknown |
| 10 | **Assets    Totals** (Excluding unknown values) | **$3,400.00** | **$33,400.00** | | **$23,651.13** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL REPORT PREPARATION.

**Initial Projected Date Of Final Report (TFR):**    July 31, 2012

**Current Projected Date Of Final Report (TFR):**    December 30, 2014

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-28762-TAB | **Trustee:** ALEX D. MOGLIA (330260) |
| **Case Name:** HUDSON HOME INC. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** ****-*****51-65 - Checking Account |
| **Taxpayer ID #:** **-***2114 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 06/25/15 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/04/10 | {7} | ComEd | Utility Refund | 1290-000 | 11.05 | | 11.05 |
| 10/04/10 | {8} | First Community Insurance Center, Inc. | Insurance refund check | 1229-000 | 1,138.50 | | 1,149.55 |
| 10/04/10 | {6} | State of Illinois | Tax Refund | 1224-000 | 1.57 | | 1,151.12 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2.21 | 1,148.91 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,123.91 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,098.91 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,073.91 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,048.91 |
| 12/20/11 | | To Account #*********5166 | blanket bond funds | 9999-000 | | 200.00 | 848.91 |
| 01/25/12 | {4} | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY | PREFERENCE RECOVERY | 1241-000 | 7,500.00 | | 8,348.91 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 8,348.92 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,323.92 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,298.92 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,273.92 |
| 04/05/12 | | To Account #*********5166 | Funds to Clerk of US Bankruptcy Court | 9999-000 | | 1,300.00 | 6,973.92 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,948.92 |
| 05/23/12 | | From Account #*********5166 | close account | 9999-000 | 245.42 | | 7,194.34 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,169.34 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,144.34 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,119.34 |
| 08/16/12 | {5} | Wesley's Flooring Inc | Hudson Homes settlement | 1241-000 | 2,000.00 | | 9,119.34 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,094.34 |
| 09/21/12 | {5} | Wesley's Flooring Inc. | Settlement payment | 1241-000 | 1,500.00 | | 10,594.34 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,569.34 |
| 10/23/12 | {5} | Wesley Flooring Inc. | Final Settlement payment # 4 | 1241-000 | 1,500.00 | | 12,069.34 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,044.34 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,019.34 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033026088 20121220 | 9999-000 | | 12,019.34 | 0.00 |

| | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 13,896.55 | 13,896.55 | **$0.00** |
| Less: Bank Transfers | | 245.42 | 13,519.34 | |
| **Subtotal** | | **13,651.13** | **377.21** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$13,651.13** | **$377.21** | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 10-28762-TAB |
| **Case Name:** | HUDSON HOME INC. |
| **Taxpayer ID #:** | **-***2114 |
| **Period Ending:** | 06/25/15 |

| | |
|---|---|
| **Trustee:** | ALEX D. MOGLIA (330260) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | ****-*****51-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/20/11 | | From Account #*********5165 | blanket bond funds | 9999-000 | 200.00 | | 200.00 |
| 12/20/11 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/20/2011 FOR CASE #10-28762, Blanket Bond 016028270 11/3/11 - 11/3/12 Voided on 01/01/12 | 2300-000 | | 1.94 | 198.06 |
| 01/01/12 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/20/2011 FOR CASE #10-28762, Blanket Bond 016028270 11/3/11 - 11/3/12 Voided: check issued on 12/20/11 | 2300-000 | | -1.94 | 200.00 |
| 02/21/12 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/21/2012 FOR CASE #10-28762, Bond # 016026455 2/1/12 - 2/1/13 | 2300-000 | | 57.58 | 142.42 |
| 04/05/12 | | From Account #*********5165 | Funds to Clerk of US Bankruptcy Court | 9999-000 | 1,300.00 | | 1,442.42 |
| 04/05/12 | 103 | Clerk of U.S. Bankruptcy Court | Funds for four filing fees. Defendants Wesley's Flooring LLC, Thunderbird Electric, LLC Affordable Seating, LLC & Citibank | 2700-000 | | 1,172.00 | 270.42 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 245.42 |
| 05/23/12 | | To Account #*********5165 | close account | 9999-000 | | 245.42 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **1,500.00** | **1,500.00** | **$0.00** |
| Less: Bank Transfers | 1,500.00 | 245.42 | |
| **Subtotal** | **0.00** | **1,254.58** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$1,254.58** | |

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-28762-TAB | **Trustee:** ALEX D. MOGLIA (330260) |
| **Case Name:** HUDSON HOME INC. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******0566 - Checking Account |
| **Taxpayer ID #:** **-***2114 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 06/25/15 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 12,019.34 | | 12,019.34 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.08 | 12,003.26 |
| 01/23/13 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/23/2013 FOR CASE #10-28762 | 2300-000 | | 1.61 | 12,001.65 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.98 | 11,982.67 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.08 | 11,966.59 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.63 | 11,949.96 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.33 | 11,931.63 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.73 | 11,913.90 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.99 | 11,897.91 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.82 | 11,879.09 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.08 | 11,862.01 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.49 | 11,845.52 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.74 | 11,826.78 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.87 | 11,810.91 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.68 | 11,792.23 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.52 | 11,774.71 |
| 02/28/14 | 11002 | INTERNATIONAL SURETIES, LTD. | Blanket Bond # 016026455 payment for 2/1/14 - 2/1/15 | 2300-000 | | 9.43 | 11,765.28 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.80 | 11,749.48 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.33 | 11,733.15 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.00 | 11,715.15 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.84 | 11,698.31 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.26 | 11,682.05 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.48 | 11,663.57 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.21 | 11,647.36 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.86 | 11,629.50 |
| 10/28/14 | {9} | Citibank, N.A. | PREFERENCE RECOVERY | 1249-000 | 10,000.00 | | 21,629.50 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.24 | 21,611.26 |
| 11/03/14 | {9} | Citibank, N.A. | Reversed Deposit 100001 1 PREFERENCE RECOVERY | 1249-000 | -10,000.00 | | 11,611.26 |
| 11/21/14 | {9} | Citibank, N.A. | PREFERENCE RECOVERY | 1249-000 | 10,000.00 | | 21,611.26 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.90 | 21,593.36 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.19 | 21,558.17 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.00 | 21,527.17 |

| | | | Subtotals : | | $22,019.34 | $492.17 | |

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 10-28762-TAB | |
| Case Name: | HUDSON HOME INC. | |
| | | |
| Taxpayer ID #: | **-***2114 | |
| Period Ending: | 06/25/15 | |

| | |
|---|---|
| Trustee: | ALEX D. MOGLIA (330260) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******0566 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.89 | 21,498.28 |
| 03/30/15 | 11003 | Adams Levine Surety Bond Agency | Blanket bond # 10BSBGR6291 - Feb. 1, 2015 - Feb. 1, 2016 | 2300-000 | | 13.26 | 21,485.02 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.98 | 21,452.04 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.86 | 21,421.18 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.78 | 21,391.40 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 22,019.34 | 627.94 | $21,391.40 |
| Less: Bank Transfers | 12,019.34 | 0.00 | |
| Subtotal | 10,000.00 | 627.94 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $10,000.00 | $627.94 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ****-******51-65 | 13,651.13 | 377.21 | 0.00 |
| Checking # ****-******51-66 | 0.00 | 1,254.58 | 0.00 |
| Checking # ******0566 | 10,000.00 | 627.94 | 21,391.40 |
| | $23,651.13 | $2,259.73 | $21,391.40 |

# Claims Register

## Case: 10-28762-TAB  HUDSON HOME INC.

Claims Bar Date:  04/27/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | ALEX D. MOGLIA<br>1325 REMINGTON RD.STE. H<br>SCHAUMBURG, IL 60173<br><2100-00  Trustee Compensation>,  200 | Admin Ch.  7<br>06/28/10 | | $3,115.11<br>$3,115.11 | $0.00 | $3,115.11 |
| | ALEX D. MOGLIA<br>1325 REMINGTON RD.STE. H<br>SCHAUMBURG, IL 60173<br><2200-00  Trustee Expenses>,  200 | Admin Ch.  7<br>06/28/10 | | $288.55<br>$288.55 | $0.00 | $288.55 |
| | SPRINGER, BROWN, COVEY,<br>GAERTNER & DAVIS LLC<br>WHEATON EXECUTIVE CENTER<br>400 S. COUNTY FARM ROAD - SUITE 330<br>WHEATON, IL 60187<br><3210-00  Attorney for Trustee Fees (Other Firm)>,  200 | Admin Ch.  7<br>06/28/10 | | $10,170.00<br>$10,170.00 | $0.00 | $10,170.00 |
| | SPRINGER, BROWN, COVEY,<br>GAERTNER & DAVIS LLC<br>WHEATON EXECUTIVE CENTER<br>400 S. COUNTY FARM ROAD - SUITE 330<br>WHEATON, IL 60187<br><3220-00  Attorney for Trustee Expenses (Other Firm)>,  200 | Admin Ch.  7<br>06/28/10 | | $330.77<br>$330.77 | $0.00 | $330.77 |
| | POPOWCER KATTEN, LTD<br>35 E. WACKER DRIVE<br>SUITE 1550<br>CHICAGO, IL 60601-2207<br><3410-00  Accountant for Trustee Fees (Other Firm)>,  200 | Admin Ch.  7<br>06/28/10 | | $1,543.00<br>$1,543.00 | $0.00 | $1,543.00 |
| 1 | Commonwealth Edison Company<br>3 Lincoln Center<br>Attn: Bankruptcy Section<br>Oakbrook Terrace, IL 60181<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/04/10 | | $1,852.77<br>$1,852.77 | $0.00 | $1,852.77 |
| 2 | The Caulking Company<br>11950 South Harlem Ave.<br>Palos Heights, IL 60463<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/07/12 | | $5,000.00<br>$5,000.00 | $0.00 | $5,000.00 |
| 3 | NewSpace Inc<br>1960 Innerbelt Business Ctr Dr<br>Overland, MO 63114<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/07/12 | | $1,322.78<br>$1,322.78 | $0.00 | $1,322.78 |

# Claims Register

## Case:  10-28762-TAB    HUDSON HOME INC.

Claims Bar Date:    04/27/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/22/12 | 502(h) claim arising from preference recovery. | $7,500.00<br>$7,500.00 | $0.00 | $7,500.00 |
| 5 | Michal Brada / Brada Construction<br>815 Pershing Ave<br>Wheaton, IL 60189<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/22/12 | | $39,133.70<br>$39,133.70 | $0.00 | $39,133.70 |
| 6S | Evergreen Oak Electric Supply & Sales Co<br>Norman Cowie<br>PO Box 549<br>Crestwood, IL 60445<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>02/24/12 | NO PROCEEDS FROM PROPERTY SECURED BY THIS MECHANIC'S LIEN WERE ADMINISTERED BY THE ESTATE. | $1,635.36<br>$0.00 | $0.00 | $0.00 |
| 6U | Evergreen Oak Electric Supply & Sales Co<br>Norman Cowie<br>PO Box 549<br>Crestwood, IL 60445<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/24/12 | | $24.60<br>$24.60 | $0.00 | $24.60 |
| 7 | Lee Lumber & Building Material<br>3250 N. Kedzie Ave<br>Chicago, IL 60618<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/14/12 | | $6,157.77<br>$6,157.77 | $0.00 | $6,157.77 |
| 8 | Fifth Third Bank<br>Potestivo & Associates, P.C.,Attorney for Fifth Third Bank,811 E. South Blvd.,<br>Rochester Hills, MI 48307<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/23/12 | | $310,366.83<br>$310,366.83 | $0.00 | $310,366.83 |
| 9 | George Ribet<br>c/o Frank J. Kokoszka,Kokoszka & Janczur, P.C.,318 West Adams, Suite 1100<br>Chicago, IL 60606<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/25/12 | | $188,592.00<br>$188,592.00 | $0.00 | $188,592.00 |
| 10 | Adil & Reshma Zarif<br>c/o Frank J. Kokoszka<br>318 West Adams Street,Suite 1100<br>Chicago, IL 60606<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/25/12 | | $227,845.75<br>$227,845.75 | $0.00 | $227,845.75 |

# Claims Register

## Case:  10-28762-TAB     HUDSON HOME INC.

Claims Bar Date:    04/27/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 | Westley Flooring | Unsecured | | $17,370.00 | $0.00 | $17,370.00 |
| | 6957 W. Jonquil Terrance | 04/25/12 | | $17,370.00 | | |
| | | | 502(h) claim arising from preference recovery. | | | |
| | Niles, IL 60714 | | | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 12P | Illinois Department of Revenue | Priority | | $3,223.16 | $0.00 | $3,223.16 |
| | Bankruptcy Section | 08/15/14 | | $3,223.16 | | |
| | P.O. Box 64338 | | | | | |
| | Chicago, IL 60664-0338 | | | | | |
| | <5800-00   Claims of Governmental Units>,  570 | | | | | |
| 12U | Illinois Department of Revenue | Unsecured | | $321.40 | $0.00 | $321.40 |
| | Bankruptcy Section | 08/15/14 | | $321.40 | | |
| | P.O. Box 64338 | | | | | |
| | Chicago, IL 60664-0338 | | | | | |
| | <7200-00   Tardy General Unsecured § 726(a)(3)>,  620 | | | | | |

**Case Total:**          **$0.00**          **$824,158.19**

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-28762-TAB
Case Name: HUDSON HOME INC.
Trustee Name: ALEX D. MOGLIA

**Balance on hand:**      $      21,391.40

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6S | Evergreen Oak Electric Supply & Sales Co | 1,635.36 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $      0.00
Remaining balance:    $      21,391.40

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ALEX D. MOGLIA | 3,115.11 | 0.00 | 3,115.11 |
| Trustee, Expenses - ALEX D. MOGLIA | 288.55 | 0.00 | 288.55 |
| Attorney for Trustee, Fees - SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 10,170.00 | 0.00 | 10,170.00 |
| Attorney for Trustee, Expenses - SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 330.77 | 0.00 | 330.77 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD | 1,543.00 | 0.00 | 1,543.00 |

Total to be paid for chapter 7 administration expenses:    $      15,447.43
Remaining balance:    $      5,943.97

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $      0.00
Remaining balance:    $      5,943.97

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,223.16 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12P | Illinois Department of Revenue | 3,223.16 | 0.00 | 3,223.16 |

Total to be paid for priority claims: $ 3,223.16

Remaining balance: $ 2,720.81

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 805,166.20 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 1,852.77 | 0.00 | 6.26 |
| 2 | The Caulking Company | 5,000.00 | 0.00 | 16.90 |
| 3 | NewSpace Inc | 1,322.78 | 0.00 | 4.47 |
| 4 | American Express Centurion Bank | 7,500.00 | 0.00 | 25.34 |
| 5 | Michal Brada / Brada Construction | 39,133.70 | 0.00 | 132.24 |
| 6U | Evergreen Oak Electric Supply & Sales Co | 24.60 | 0.00 | 0.08 |
| 7 | Lee Lumber & Building Material | 6,157.77 | 0.00 | 20.81 |
| 8 | Fifth Third Bank | 310,366.83 | 0.00 | 1,048.79 |
| 9 | George Ribet | 188,592.00 | 0.00 | 637.29 |
| 10 | Adil & Reshma Zarif | 227,845.75 | 0.00 | 769.93 |
| 11 | Westley Flooring | 17,370.00 | 0.00 | 58.70 |

Total to be paid for timely general unsecured claims: $ 2,720.81

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 321.40 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------:|-------------------------:|-----------------:|
| 12U | Illinois Department of Revenue | 321.40 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------:|-------------------------:|-----------------:|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**