# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: HUDSON HOME INC. | § | Case No. 10-28762-TAB |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that ALEX D. MOGLIA, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street, Room 873
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 07/22/2015 in Courtroom 613, United States Courthouse,
219 S. Dearborn Street
Chicago, IL  60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  06/29/2015          By:  /s/ ALEX D. MOGLIA
                                                    Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173
(847) 884-8282

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: HUDSON HOME INC. § | Case No. 10-28762-TAB |
| § | |
| § | |
| Debtor(s) § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $    23,651.13

*and approved disbursements of*     $    2,259.73

*leaving a balance on hand of* [1]     $    21,391.40

**Balance on hand:**     $    21,391.40

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6S | Evergreen Oak Electric Supply & Sales Co | 1,635.36 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $    0.00
Remaining balance:     $    21,391.40

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ALEX D. MOGLIA | 3,115.11 | 0.00 | 3,115.11 |
| Trustee, Expenses - ALEX D. MOGLIA | 288.55 | 0.00 | 288.55 |
| Attorney for Trustee, Fees - SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 10,170.00 | 0.00 | 10,170.00 |
| Attorney for Trustee, Expenses - SPRINGER, BROWN, COVEY, GAERTNER & DAVIS LLC | 330.77 | 0.00 | 330.77 |
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD | 1,543.00 | 0.00 | 1,543.00 |

Total to be paid for chapter 7 administration expenses:     $    15,447.43
Remaining balance:     $    5,943.97

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 5,943.97 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,223.16 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12P | Illinois Department of Revenue | 3,223.16 | 0.00 | 3,223.16 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 3,223.16 |
| Remaining balance: | $ | 2,720.81 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 805,166.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 1,852.77 | 0.00 | 6.26 |
| 2 | The Caulking Company | 5,000.00 | 0.00 | 16.90 |
| 3 | NewSpace Inc | 1,322.78 | 0.00 | 4.47 |
| 4 | American Express Centurion Bank | 7,500.00 | 0.00 | 25.34 |
| 5 | Michal Brada / Brada Construction | 39,133.70 | 0.00 | 132.24 |
| 6U | Evergreen Oak Electric Supply & Sales Co | 24.60 | 0.00 | 0.08 |
| 7 | Lee Lumber & Building Material | 6,157.77 | 0.00 | 20.81 |
| 8 | Fifth Third Bank | 310,366.83 | 0.00 | 1,048.79 |
| 9 | George Ribet | 188,592.00 | 0.00 | 637.29 |
| 10 | Adil & Reshma Zarif | 227,845.75 | 0.00 | 769.93 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 11 | Westley Flooring | 17,370.00 | 0.00 | 58.70 |

|   |   |   |   |
|---|---|---:|---:|
| | Total to be paid for timely general unsecured claims: | $ | 2,720.81 |
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 321.40 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 12U | Illinois Department of Revenue | 321.40 | 0.00 | 0.00 |

|   |   |   |   |
|---|---|---:|---:|
| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

|   |   |   |   |
|---|---|---:|---:|
| | Total to be paid for subordinated claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ALEX D. MOGLIA
Trustee

ALEX D. MOGLIA
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL  60173
(847) 884-8282

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 10-28762-TAB
Hudson Homes                                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1            User: mgonzalez              Page 1 of 3              Date Rcvd: Jun 30, 2015
                                Form ID: pdf006              Total Noticed: 87

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2015.
```
db            +Hudson Homes,    2825 N. Southport,    Chicago, IL 60657-4110
15771335      +ADT Security Services,    PO Box 371967,    Pittsburgh, PA 15250-7967
15771334      +Ace Construction Corp,    7334 Monticello Ave.,    Skokie, IL 60076-4025
18826948      +Adil & Reshma Zarif,    c/o Frank J. Kokoszka,    318 West Adams Street,    Suite 1100,
                Chicago, Illinois 60606-2172
17451067       American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
15771336      +Arash Ansari,    330 W. Diversy parkway,    Apt. 2704,    Chicago, IL 60657-6209
15898149      +Bank Of America,    PO Box 15710,    Wilmington, DE 19886-5710
15771338      +Bathwork, Inc.,    3956 N. Elston Ave.,    Chicago, IL 60618-4123
15771339      +Ben's TV and Home Theater,    6014 West Dempster,    Morton Grove, IL 60053-2942
15771340      +Better Way Stone,    4332 W. Melrose,    Chicago, IL 60641-4516
15771341      +Bodnauk Construction,    2515 73rd Ct.,    Elmwood Park, IL 60707-1902
15771346       CITY of Chicago,    8108 Innovation Way,    Chicago, IL 60682-0081
15771345      +Chicago Dept. of Revenue,    121 N. LaSalle Street,    Room 107A,    Chicago, IL 60602-1288
15898150      +Chubb,   c/o T A Cummings Jr Co inc,    4153 Main Street,    Skokie, IL 60076-2780
15771347       City of Chicago Dept of Revenu,    8108 Innovation Way,    Chicago, IL 60682-0081
15771348       Clark & Barlow Decorative,    353 West Grand Ave.,    Barrington, IL 60010
15771349      +Claudio Heating and Cooling,    5307 South Sawyer Ave,    Chicago, IL 60632-2621
15771351       Com ED HH Office,    bill Payment Center,    Chicago, IL 60668-0001
15771352       ComEd Upstairs,    Bill Payment Center,    Chicago, IL 60668-0001
15771353      +Crate & Barrel,    850 West North Ave.,    Chicago, IL 60642-2505
15771354      +Custom Shower,    1143 W. Belmont,    Chicago, IL 60657-6888
15771355      +D. E. & L. Corp,    4323 S. Western Blvd.,    Chicago, IL 60609-3012
15771357      +DSR & Associates,    3913 N. Kedvale,    Chicago, IL 60641-3080
15898151      +David rosen & Paul Reitz,    1457 West Addison,    Chicago, IL 60613-3729
15771358     +++Evergreen Oak Electric Supply & Sales Co,    Norman Cowie,    PO Box 549,
                Crestwood, IL 60445-0549
15771359      +Exotic Marble & Tile,    8055 Montecello Ave.,    Skokie, IL 60076-3437
18669224      +Fifth Third Bank,    Potestivo & Associates, P.C.,    Attorney for Fifth Third Bank,
                811 E. South Blvd., Suite 100,    Rochester Hills, MI 48307-5359
15771360      +Fifth Third Bank,    7100 W. Oakton Street,    Niles, IL 60714-3029
15771361      +Frank E. Goldstin,    1834 W. Wellington AVe.,    Chicago, IL 60657-4033
15771362       Furniture Design by Knossos,    2430 Brooklyn Queens Expy. #1,    Woodside, NY 11377-7825
18826521      +George Ribet,    c/o Frank J. Kokoszka,    Kokoszka & Janczur, P.C.,    318 West Adams, Suite 1100,
                Chicago, Illinois 60606-2172
15771363      +Goldcoast mechanical,    PO Box 578516,    Chicago, IL 60657-7309
15771365      +Grand Avenue Demolition,    4411 W. Carroll,    Chicago, IL 60624-1603
15771366      +HeatMasters,    5540 W. Lawrence,    Chicago, IL 60630-3489
15771367       Hydrology,    435 N. LaSalle Street,    Chicago, IL 60610
15771368      +Hydrology,    435 N. laSalle St.,    Chicago, IL 60618
22289041       Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                Chicago, Illinois 60664-0338
15771372      +Isokern,    7728 S. Grans St.,    Willowbrook, IL 60527-5945
15771374      +Jessica Fishwick,    300 N. Canal Street,    Apt. 2910,    Chicago, IL 60606-1308
15771375      +Jim & Susan Hurst,    526 W. Dming,    Chicago, IL 60614-5913
15771376      +Joseph M Trojanowski,    526 S. Kenilworth Ave.,    Oak Park, IL 60304-1128
15771377      +Joseph M Trojanowski, PC,    526 S. Kenilworth Ave.,    Oak Park, IL 60304-1128
15771381      +Junk Platoon,    33W800 S. Gilbert Street,    South Elgin, IL 60177-2560
15771382      +Keller Electric,    244 Apollo Court,    Wood Dale, IL 60191-1724
15771383      +Lee Lumber & Building Material,    3250 N. Kedzie Ave.,    Chicago, IL 60618-5708
15771384      +Leprecan Portable Restrooms,    4808 W. Wilson Ave,    Chicago, IL 60630-3851
15771390     ++++MJ MASONRY,    13925 DUFFY LN,    RIVERWOODS IL 60015-1302
              (address filed with court: MJ Masonry,     3185 Duffy Lane,    Deerfield, IL 60015)
15771391     ++++MJ SUMMIT MASONRY,    13925 DUFFY LN,    RIVERWOODS IL 60015-1302
              (address filed with court: MJ Summit Masonry,     3185 Duffy lane,    Deerfield, IL 60015)
15771392      +MSK Company,    2823 N. Southport,    Chicago, IL 60657-4110
15771386       Master Trade Inc.,    4065 W. Morse,    Midlothian, IL 60445-0549
15771387      +Matthew Kucharick,    3706 N. Kostner Ave.,    Chicago, IL 60641-3048
15771388      +Mazi,    3454 N. Damen,    Chicago, IL 60618-6106
15771389      +Mighty Maids,    2950 N. Sheffield,    Chicago, IL 60657-5093
15771393      +My Grain Inc,    2201 S. Union Avenue,    Chicago, IL 60616-2157
15771394      +Myron & Ruth Goldstin,    5105 W. Madison Place,    Unit 601,    Skokie, IL 60077-5230
15771395      +NewSpace Inc,    1960 Innerbelt Business Ctr Dr,    Overland, MO 63114-5760
15771396      +On Time Messenger Service,    PO Box 871,    Elk Grove Villag, IL 60009-0871
15771397       Over Doors of Illinois,    601 Ridge Road,    Homewood, IL 60430-2015
15771398       Peoples Gas,    Chicago, IL 60687-0001
15771399      +Prestige Design,    3002 Commercial Ave.,    Northbrook, IL 60062-1913
15771400      +Prima Cleaning,    3154 W. Belle Paline Ave 3rd,    Chicago, IL 60618-2427
15771401      +Prima Cleaning,    3154 W. Belle Plaine Ave., 3rd,    Chicago, IL 60618-2427
15771402       Quill,    PO Box 37600,    Philadelphia, PA 19101-0600
15771404      +RC Unidos Drywall and Taping,    Rexx Rug,    3312 N. Lincon Ave.,    Chicago, IL 60657-1177
15898147      +RCN,    PO Box 11816,    Newark, NJ 07101-8116
15771403      +Ram Electric,    4955 S. Kedvale,    Chicago, IL 60632-4552
15771405      #Semel Custom Flooring,    2136 Brittany Lane,    Glendale Heights, IL 60139-1872
```

```
District/off: 0752-1           User: mgonzalez             Page 2 of 3                   Date Rcvd: Jun 30, 2015
                               Form ID: pdf006             Total Noticed: 87

15771406      +Stephen Bruss,    1834 W. Wellington Ave.,    Chicago, IL 60657-4033
15771407      +The Blueprint Shop,    5130 N. Elston Ave,    Chicago, IL 60630-2429
15771408       The Blueprint Shoppe,    5130 N. Elton Avenue,     Chicago, IL 60630-2429
15771409      +The Caulking Company,    11950 South Harlem Ave.,     Palos Heights, IL 60463-3527
15771411      +Thunderbird Electric,    200 Rainbow Raod,    Barrington, IL 60010-6583
15771412      +Thunderbird Electric,    200 Rainbow Road,    Barrington, IL 60010-6583
15771413      +UDA technologies,    2272 Moores Mill Road,    Auburn, AL 36830-8446
15898148      +UPS,   PO Box 1216,    Richmond, VA 23218-1216
15771414      +United States Fire Protection,    28427 N. Ballard Road, Unit H,     Lake Forest, IL 60045-4542
15771415       Wallys Precision metal,    1095 N. 27th,    Melrose Park, IL 60160
15771416      +West Bend Mutual,    1900 S. 18th Ave.,    West Bend, WI 53095-9791
15771417      +West Lake Kitchen & Bath,    1117 West lake Street,     Chicago, IL 60607-1609
15771418      +Westley Flooring,    6957 W. Jonquil Terrance,    Niles, IL 60714-3221
15898152      +first Community insurance,    398 W Indiana Avenue,     PO Box 576,   Beecher, IL 60401-1576
15898146      +jive Communications Inc,    3214 N University Ave, Suite 610,     Provo, UT 84604-4405
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15771337      +E-mail/Text: g17768@att.com Jul 01 2015 01:40:16       AT&T,    PO Box 8100,
               Aurora, IL 60507-8100
15771350      +E-mail/Text: legalcollections@comed.com Jul 01 2015 01:53:12        Com ED,    PO BOX 6111,
               Carol Stream, IL 60197-6111
16230647      +E-mail/Text: legalcollections@comed.com Jul 01 2015 01:53:12        Commonwealth Edison Company,
               3 Lincoln Center,    Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
15771364      +E-mail/Text: bankruptcy-notification@google.com Jul 01 2015 01:40:17         Google, Inc.,
               Dept. 33654,    PO Box 39000,    San Francisco, CA 94139-0001
15771371       E-mail/Text: cio.bncmail@irs.gov Jul 01 2015 01:40:38        I.R.S.,    230 S. Dearborn Street,
               Chicago, IL 60604
                                                                                                TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Springer Brown Covey Gaertner & Davis LLC
aty            Thomas E. Springer
15771356       Deljo Heating and Cooling,    2700 N. Campbell,    Chicago
18513667*      American Express Centurion Bank,    c o Becket and Lee LLP,     POB 3001,   Malvern, PA 19355-0701
15771343*     +Brada Construction,    815 Pershing Ave.,    Wheaton, IL 60189-6562
15771369*      Hydrology,   435 N LaSalle Street,    Chicago, IL 60610
15771370*      Hydrology,   435 N. LaSalle St.,    Chicago, IL 60610
15771378*     +Joseph M. Trojanowski,    526 S. Kenilworth Ave.,    Oak Park, IL 60304-1128
15771379*     +Joseph M. Trojanowski, PC,    526 S. Kenilworth Ave.,    Oak Park, IL 60304-1128
15771380*     +Joseph M. Trojanowski, PC.,    526 S. Kenilworth Ave.,    Oak Park, IL 60304-1128
15771342     ##+Brada Construction,    815 Pershing Ave,    Wheaton, IL 60189-6562
15771344     ##+Brada Constuction,    815 Pershing Ave,    Wheaton, IL 60189-6562
15771373     ##+Jaffe and Berlin,    111 W. Washington St., #1401,    Chicago, IL 60602-3450
15771385     ##+Marblelife,    1935 Brnadon court, Unit A,    Glendale Heights, IL 60139-2199
18520591     ##+Michal Brada / Brada Construction,    815 Pershing Ave,     Wheaton, IL 60189-6562
15771410      ##The Countertop Factory,    1010 W. Republic Dr. #1,    Addison, IL 60101-3100
                                                                                   TOTALS: 3, * 7, ## 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2015                              Signature:   /s/Joseph Speetjens

```
District/off: 0752-1          User: mgonzalez              Page 3 of 3              Date Rcvd: Jun 30, 2015
                              Form ID: pdf006              Total Noticed: 87
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2015 at the address(es) listed below:
              Alex D Moglia, ESQ    on behalf of Accountant    Popwcer Katten Ltd amoglia@mogliaadvisors.com,
               IL31@ecfcbis.com
              Alex D Moglia, ESQ     amoglia@mogliaadvisors.com,  IL31@ecfcbis.com
              Anna Stanley Kahriman    on behalf of Creditor    Fifth Third Bank ask@jtlawllc.com,
               axb@jtlawllc.com
              Elliot  Wiczer    on behalf of Defendant    Affordable Seating, LLC ewiczer@fflegal.com
              Frank J Kokoszka    on behalf of Creditor Adil   Zarif fkokoszka@k-jlaw.com,  admin@k-jlaw.com
              Frank J Kokoszka    on behalf of Creditor George  Ribet fkokoszka@k-jlaw.com,  admin@k-jlaw.com
              John M. Sheldon    on behalf of Defendant    Affordable Seating, LLC jsheldon@fflegal.com
              Joshua D. Greene    on behalf of Plaintiff Alex D Moglia  Tustee jgreene@springerbrown.com,
               iprice@springerbrown.com
              Joshua D. Greene    on behalf of Trustee Alex D Moglia, ESQ jgreene@springerbrown.com,
               iprice@springerbrown.com
              Joshua D. Greene    on behalf of Plaintiff Alex D Moglia Turstee jgreene@springerbrown.com,
               iprice@springerbrown.com
              Meredith S Fox    on behalf of Trustee Alex D Moglia, ESQ tspringer@springerbrown.com
              Nathaniel J. Pomrenze    on behalf of Debtor Hudson  Homes njp@njpltdlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ronald A. Stearney, Jr.    on behalf of Interested Party Matthew  Lesniak ron@stearneylaw.com
              Thomas E Springer    on behalf of Trustee Alex D Moglia, ESQ tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
                                                                                             TOTAL: 15
```