UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10 bk 28762 |
| HUDSON HOMES, ) | |
| ) | Chapter 7 |
| ) | |
| Debtor. ) | Honorable Timothy A. Barnes |
| ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO THOMAS E. SPRINGER, ESQ. AND THE FIRM OF SPRINGER BROWN, LLC, ATTORNEYS FOR THE CHAPTER 7 TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 10,170.00 | TOTAL COSTS REQUESTED: | $ 330.77 |
| TOTAL FEES REDUCED: | $ 350.00 | TOTAL COSTS REDUCED: | $ 1.66 |
| TOTAL FEES ALLOWED: | $ 9,820.00 | TOTAL COSTS ALLOWED: | $ 329.11 |

**TOTAL FEES AND COSTS ALLOWED: $10,149.11**

The attached time and expense entries have been underlined to reflect disallowance in whole. The basis for each disallowance is reflected by the notations that appear on the right of each underlined entry. The notations correspond to the paragraph below.

**Unauthorized Work – TOTAL of disallowed amounts $ 351.66**

The Court denies the allowance of compensation and reimbursement of expenses for work done prior to the authorization of retention. *In re Spanjer Bros., Inc.*, 203 B.R. 85, 94 (Bankr. N.D. Ill. 1996) (Squires, J.) ("The Court will not retrospectively allow any of the time expended prior to the time of the authorized retention because to do so would be to reward any delay or tardiness in promptly seeking retention. To allow bootstrapping of objected to fees paid at the expense of unsecured creditors undermines the policy in favor of prompt application for retention by professionals who will be seeking compensation from the bankruptcy estate. *See generally* 11 U.S.C. § 327 (prerequisite to the allowance of any fees or expenses that professional be employed); *In re Peoples Sav. Corp.*, 114 B.R. 151, 154 (Bankr.N.D.Ill.1990) ('In the absence of a court order approving the Applicant's employment, there is no statutory basis upon which the Court can make a fee award.')").

Dated: _____ , 2015

Timothy A. Barnes
United States Bankruptcy Judge

22 JUL 2015

## ATTORNEY TIME

| DATE | DESCRIPTION | HOURS | AMOUNT | ATTORNEY | |
|---|---|---|---|---|---|
| 04/07/11 | Draft Motion to Employ Springer Brown as Counsel to the Trustee, Notice and proposed Order | 1.00 | $350.00 | TES | Unauthorized Work |
| 04/20/11 | Court appearance at hearing on Motion to Employ Springer Brown | 0.50 | $150.00 | JDG | |
| 09/18/14 | Draft Final Fee Application as Counsel to the Trustee | 1.80 | $585.00 | MMS | |
| | **TOTALS** | 3.30 | $1,085.00 | | |

Employment of Professionals and Preparation of Fee Application
**EXHIBIT A**

## ATTORNEY TIME

| DATE | DESCRIPTION | HOURS | AMOUNT | ATTORNEY |
|---|---|---|---|---|
| 06/03/11 | Phone conference with Serg with Prestige Homes re: preference demand letter. | 0.30 | $90.00 | JDG |
| 06/03/11 | Review letter and docs sent by Prestige Designs in response to preference demand letter | 0.30 | $90.00 | JDG |
| 06/03/11 | Telephone conference with Joe Trojanowski re: preference demand letter | 0.20 | $60.00 | JDG |
| 06/10/11 | Review response letter from Abt Electronics attorney and draft reply | 0.30 | $90.00 | JDG |
| 06/17/11 | Review status of all preference demands | 1.50 | No charge | JDG |
| 06/30/11 | Review American Express response letter to preference demand | 0.20 | $60.00 | JDG |
| 07/18/11 | Review amended preference response letter and offer from Amex. | 0.30 | $90.00 | JDG |
| 07/20/11 | Conference with TES re: amex settlement offer | 0.20 | No Charge | JDG |
| 07/25/11 | Update preference status chart | 0.60 | No Charge | JDG |
| 09/16/11 | Telephone conference with trustee re: status of demand letters and settlement offer | 0.30 | $90.00 | JDG |
| 11/15/11 | Review Amex letter re; ordinary course defense | 0.20 | $60.00 | JDG |
| 11/15/11 | Draft response letter to counsel for Amex | 0.30 | $90.00 | JDG |
| 11/15/11 | Conference with TES re: status of preference demand letters | 0.20 | No Charge | JDG |
| 12/14/11 | email to TES re: status of preference demand | 0.20 | No Charge | JDG |
| 01/03/12 | Draft Amex settlement agreement | 0.80 | $240.00 | JDG |
| 01/04/12 | Draft motion to approve Amex settlement | 0.80 | $240.00 | JDG |
| 01/16/12 | Draft letter to Moglia re: settlement check | 0.20 | $60.00 | JDG |
| 03/26/12 | Draft email to TES re: final drafts of adversary complaints | 0.20 | $60.00 | JDG |
| 05/02/11 | Review of preference demand letters | 0.20 | $60.00 | JDG |
| 05/26/11 | Review preference demand letters and research contact addresses or transferees | 0.50 | $150.00 | JDG |
| 05/31/11 | Review final draft of preference demand letters | 0.20 | $60.00 | JDG |
| 06/05/12 | Court Appearance at status on preference adversaries | 0.50 | $150.00 | JDG |
| 06/05/12 | Draft email to TES re: status of all adversaries | 0.30 | $90.00 | JDG |
| 06/20/12 | Draft email to TES re: status of adversaries | 0.30 | $90.00 | JDG |
| 06/21/12 | Conference with TES re: status of adversaries | 0.20 | $60.00 | JDG |
| 06/22/12 | Draft email to trustee re: settlement recommendations | 0.30 | $90.00 | JDG |
| 07/24/12 | Court Appearance at adversary status hearing | 0.50 | $150.00 | JDG |

Preferences without Adversaries filed and
Time Common to All Adversary Proceedings
**EXHIBIT A**

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| 08/22/12 | Court Appearance at status of adversaries and motion to approve settlement | 0.50 | $150.00 | JDG |
| 03/28/13 | Conference with TES re: status of preference actions and payments on settlements | 0.20 | No Charge | JDG |
| | **TOTALS** | **10.80** | **$2,370.00** | |

Preferences without Adversaries filed and
Time Common to All Adversary Proceedings
**EXHIBIT A**

| DATE | DESCRIPTION | HOURS | AMOUNT | ATTORNEY |
|---|---|---|---|---|
| 03/15/12 | Research service on Citicards | 0.70 | $210.00 | JDG |
| 03/20/12 | Draft Citibank preference complaint | 0.80 | $240.00 | JDG |
| 05/09/12 | Review and respond to email from Citibank representative re: lawsuit and agreed continuance of time to respond | 0.20 | $60.00 | JDG |
| 05/10/12 | Draft email to Citibank representative re: account information requested related to preference payment | 0.20 | $60.00 | JDG |
| 06/06/12 | Email to Citibank's rep re: status | 0.10 | $30.00 | JDG |
| 06/07/12 | Review and respond to email from Citibank's rep re: response to complaint. | 0.20 | $60.00 | JDG |
| 06/11/12 | Review and respond to email from Citibank representative re: settlement offer | 0.20 | $60.00 | JDG |
| 06/25/12 | Draft letter to Citibank agent re: settlement offer and response | 0.20 | $60.00 | JDG |
| 07/09/12 | Review Citibank settlement offer and email to trustee re: same | 0.20 | $60.00 | JDG |
| 07/18/12 | Draft email to Citibank representative re: settlement | 0.20 | $60.00 | JDG |
| 08/10/12 | Draft email to Citibank counsel re: response to settlement offer | 0.20 | $60.00 | JDG |
| 08/15/12 | Review draft settlement agreement with Citibank and email to trustee re: same | 0.30 | $90.00 | JDG |
| 08/16/12 | Draft motion to approve Citibank settlement | 0.70 | $210.00 | JDG |
| 09/06/12 | Draft email to Citibank representative re: settlement agreement | 0.20 | $60.00 | JDG |
| 09/11/12 | Attendance at status hearing for Citibank preference. | 0.50 | $175.00 | EAB |
| 10/03/12 | Review pleadings in connection with Citibank motion to approve settlement | 0.50 | $150.00 | JDG |
| 10/03/12 | Court Appearance at motion to approve Citibank settlement | 0.50 | $150.00 | JDG |
| 10/04/12 | Draft dismissal order for Citibank case | 0.20 | $60.00 | JDG |
| 06/20/12 | Review Citibank statements during preference period and draft email to TES re: settlement offer and response | 0.30 | $90.00 | JDG |
| | TOTALS | 6.40 | $1,945.00 | |

Citibank Adversary
**EXHIBIT A**

**ATTORNEY TIME**

| DATE | DESCRIPTION | HOURS | AMOUNT | ATTORNEY |
|---|---|---|---|---|
| 03/15/12 | Draft preference complaint against Affordable Seating, research service | 0.50 | $150.00 | JDG |
| 05/25/12 | Review Affordable Seating answer to complaint | 0.30 | $90.00 | JDG |
| 06/25/12 | Draft response to Affordable Seating letter re: settlement and defenses | 0.30 | $90.00 | JDG |
| 06/26/12 | Review response letter from Affordable Seating attorney re: settlement | 0.20 | $60.00 | JDG |
| 07/02/12 | Draft stipulation to dismiss Affordable Seating complaint | 0.20 | $60.00 | JDG |
| | TOTALS | 1.50 | $450.00 | |

Affordable Seating Adversary
**EXHIBIT A**

## ATTORNEY TIME

| DATE | DESCRIPTION | HOURS | AMOUNT | ATTORNEY |
|---|---|---|---|---|
| 07/25/11 | Draft letter to Thunderbird Electric counsel re: response to preference demand letter and defenses | 0.30 | $90.00 | JDG |
| 11/15/11 | Draft settlement letter to Thunderbird Electric | 0.30 | $90.00 | JDG |
| 03/16/12 | Draft preference complaint against Thunderbird Electric and research service | 0.50 | $150.00 | JDG |
| 06/22/12 | Draft motion for default judgment against Thunderbird Electric and prepare exhibits | 1.20 | $360.00 | JDG |
| 08/03/12 | Draft and file certificate of service of citation to Thunderbird Electric | 0.20 | $60.00 | JDG |
| 07/26/12 | Draft citation to discover assets to Thunderbird Electric | 0.50 | $150.00 | JDG |
| 07/30/12 | Edit draft of citation to discover assets | 0.20 | $60.00 | JDG |
| 07/31/12 | Issue citation to discover assets to Thunderbird Electric with clerks office | 0.20 | $60.00 | JDG |
| 08/14/12 | Conference with Thunderbird Electric attorney re: citation and default judgment | 0.20 | $60.00 | JDG |
| 08/30/12 | Draft motion for rule to show cause against Thunderbird Electric for failure to appear at citation | 1.10 | $330.00 | JDG |
| 09/06/12 | Review and edit motion for rule against Thunderbird Electric | 0.30 | $90.00 | JDG |
| 09/26/12 | Review materials in support of motion for rule against Thunderbird Electric | 0.50 | $150.00 | JDG |
| 09/26/12 | Court Appearance at hearing on motion for rule against Thunderbird Electric for failing to respond to citation | 0.50 | $150.00 | JDG |
| 10/01/12 | Draft certificate of service of rule to show cause order | 0.20 | $60.00 | JDG |
| 10/31/12 | Review status and service of rule to show cause on Thunderbird Electric | 0.50 | $150.00 | JDG |
| 10/31/12 | Court Appearance at hearing on rule to show cause to Thunderbird Electric | 0.50 | $150.00 | JDG |
| 11/06/12 | Draft civil contempt order against Adam Graham | 0.30 | $90.00 | JDG |
| 11/20/12 | Conference with TES re: status of adversaries and contempt order against Thunderbird Electric | 0.20 | No Charge | JDG |

Thunderbird Electric Adversary
**EXHIBIT A**

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| 01/16/13 | Court Appearance at status on rule to show cause against Adam Graham | 0.50 | $150.00 | JDG |
| 06/26/12 | Edit draft of trustee affidavit in support of motion for default judgment and emails to trustee re: same | 0.30 | $90.00 | JDG |
| | **TOTALS** | **8.50** | **$2,490.00** | |

**ATTORNEY TIME**

| DATE | DESCRIPTION | HOURS | AMOUNT | ATTORNEY |
|---|---|---|---|---|
| 06/09/11 | Telephone conference with Anna re: Wesley Flooring preference letter | 0.20 | $60.00 | JDG |
| 07/05/11 | Phone conference with attorney for Wesley Flooring | 0.20 | $60.00 | JDG |
| 11/15/11 | Draft settlement letter to Wesley's Flooring | 0.30 | $90.00 | JDG |
| 03/16/12 | Draft Wesley's Flooring preference complaint and research service | 1.00 | $300.00 | JDG |
| 05/21/12 | Review Wesleys' Flooring adversary and phone conference with counsel for Defendant | 0.30 | $90.00 | JDG |
| 06/14/12 | Review and respond to email from Wesley's Flooring attorney re: settlement | 0.20 | $60.00 | JDG |
| 06/25/12 | Draft email to Wesley's Flooring attorney re: rejection of settlement offer and counteroffer | 0.20 | $60.00 | JDG |
| 07/13/12 | Review and respond to Wesley's Flooring attorney re: settlement | 0.20 | $60.00 | JDG |
| 07/16/12 | Review settlement offer from Wesley's Flooring and response with request for additional information about last job performed for debtor | 0.20 | $60.00 | JDG |
| 07/19/12 | Draft email to TES re: Wesleys Flooring settlement offer | 0.30 | No Charge | JDG |
| 07/23/12 | Draft email to Wesley's Flooring attorney re: counteroffer; review response; email to trustee re: same | 0.30 | $90.00 | JDG |
| 07/24/12 | Draft motion to approve settlement agreement with Wesley's Flooring; email to Wesley's counsel re: same | 0.80 | $240.00 | JDG |
| 07/24/12 | Draft motion to approve settlement with Wesleys Flooring | 0.90 | $270.00 | JDG |
| 08/06/12 | Edit draft of motion to approve settlement with Wesleys Flooring to include reduced notice and limited notice | 0.20 | $60.00 | JDG |
| 08/22/12 | Review status of adversaries and motion to approve Wesley's Flooring Settlement | 0.50 | $150.00 | JDG |
| 09/19/12 | Review and respond to email from Wesleys Flooring counsel re: status of settlement payments | 0.20 | $60.00 | JDG |
| 09/25/12 | Draft order dismissing Wesleys Flooring adversary | 0.20 | $60.00 | JDG |
| 12/14/12 | Draft email to trustee re: status of settlement payments from Wesley's Flooring | 0.20 | $60.00 | JDG |
| | TOTALS | 6.40 | $1,830.00 | |

Wesley's Flooring Adversary
**EXHIBIT A**

## EXPENSES

| DATE | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 04/07/11 | Copying cost ($.10/pg, 7 pgs, 1 copy) | $0.70 | Unauthorized Work |
| 04/07/11 | Postage Trustees Application for Authority to Employ | $0.61 | Unauthorized Work |
| 01/16/12 | Postage expense (.44/pkg, 1 recipients) Check sent to Moglia | $0.44 | |
| 01/17/12 | Postage expense ($1.04/pkg 82 recipients) | $85.28 | |
| 01/17/12 | Photocopy expense ($.10/pg 18 pgs 82 recipients) | $147.60 | |
| 08/03/12 | FedEx-Citation to Discover Assets sent to Thunderbird Electric | $21.99 | |
| | **TOTAL** | **$256.62** | |

Expenses
**Amended EXHIBIT B**