**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: HUDSON HOME INC. § | Case No. 10-28762-TAB |
| § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $3,400.00                Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,295.63      Claims Discharged
                                                Without Payment: $802,415.13

Total Expenses of Administration: $17,355.50

---

3) Total gross receipts of $   23,651.13   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $23,651.13 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1,635.36 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 17,707.16 | 17,355.50 | 17,355.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 3,223.16 | 3,223.16 | 3,223.16 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 805,487.60 | 805,487.60 | 3,072.47 |
| **TOTAL DISBURSEMENTS** | $0.00 | $828,053.28 | $826,066.26 | $23,651.13 |

4) This case was originally filed under Chapter 7 on June 28, 2010. The case was pending for 68 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/16/2016          By: /s/ALEX D. MOGLIA
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PREFERENCE RECOVERIES | 1241-000 | 7,500.00 |
| Wesley's Flooring Inc preference recovery | 1241-000 | 5,000.00 |
| Illinois Tax Refund | 1224-000 | 1.57 |
| Utility Refund | 1290-000 | 11.05 |
| First Community Insurance | 1229-000 | 1,138.50 |
| Citibank, N.A. | 1249-000 | 10,000.00 |
| Interest Income | 1270-000 | 0.01 |
| **TOTAL GROSS RECEIPTS** | | **$23,651.13** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6S | Evergreen Oak Electric Supply & Sales Co | 4110-000 | N/A | 1,635.36 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$1,635.36** | **$0.00** | **$0.00** |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALEX D. MOGLIA | 2100-000 | N/A | 3,115.11 | 3,115.11 | 3,115.11 |
| ALEX D. MOGLIA | 2200-000 | N/A | 288.55 | 288.55 | 288.55 |
| SPRINGER BROWN LLC | 3210-000 | N/A | 10,170.00 | 9,820.00 | 9,820.00 |
| SPRINGER BROWN LLC | 3220-000 | N/A | 330.77 | 329.11 | 329.11 |
| POPOWCER KATTEN, LTD | 3410-000 | N/A | 1,543.00 | 1,543.00 | 1,543.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 2.21 | 2.21 | 2.21 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 57.58 | 57.58 | 57.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Clerk of U.S. Bankruptcy Court | 2700-000 | N/A | 1,172.00 | 1,172.00 | 1,172.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 16.08 | 16.08 | 16.08 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 1.61 | 1.61 | 1.61 |
| Rabobank, N.A. | 2600-000 | N/A | 18.98 | 18.98 | 18.98 |
| Rabobank, N.A. | 2600-000 | N/A | 16.08 | 16.08 | 16.08 |
| Rabobank, N.A. | 2600-000 | N/A | 16.63 | 16.63 | 16.63 |
| Rabobank, N.A. | 2600-000 | N/A | 18.33 | 18.33 | 18.33 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 17.73 | 17.73 | 17.73 |
| Rabobank, N.A. | 2600-000 | N/A | 15.99 | 15.99 | 15.99 |
| Rabobank, N.A. | 2600-000 | N/A | 18.82 | 18.82 | 18.82 |
| Rabobank, N.A. | 2600-000 | N/A | 17.08 | 17.08 | 17.08 |
| Rabobank, N.A. | 2600-000 | N/A | 16.49 | 16.49 | 16.49 |
| Rabobank, N.A. | 2600-000 | N/A | 18.74 | 18.74 | 18.74 |
| Rabobank, N.A. | 2600-000 | N/A | 15.87 | 15.87 | 15.87 |
| Rabobank, N.A. | 2600-000 | N/A | 18.68 | 18.68 | 18.68 |
| Rabobank, N.A. | 2600-000 | N/A | 17.52 | 17.52 | 17.52 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 9.43 | 9.43 | 9.43 |
| Rabobank, N.A. | 2600-000 | N/A | 15.80 | 15.80 | 15.80 |
| Rabobank, N.A. | 2600-000 | N/A | 16.33 | 16.33 | 16.33 |
| Rabobank, N.A. | 2600-000 | N/A | 18.00 | 18.00 | 18.00 |
| Rabobank, N.A. | 2600-000 | N/A | 16.84 | 16.84 | 16.84 |
| Rabobank, N.A. | 2600-000 | N/A | 16.26 | 16.26 | 16.26 |
| Rabobank, N.A. | 2600-000 | N/A | 18.48 | 18.48 | 18.48 |
| Rabobank, N.A. | 2600-000 | N/A | 16.21 | 16.21 | 16.21 |
| Rabobank, N.A. | 2600-000 | N/A | 17.86 | 17.86 | 17.86 |
| Rabobank, N.A. | 2600-000 | N/A | 18.24 | 18.24 | 18.24 |
| Rabobank, N.A. | 2600-000 | N/A | 17.90 | 17.90 | 17.90 |
| Rabobank, N.A. | 2600-000 | N/A | 35.19 | 35.19 | 35.19 |
| Rabobank, N.A. | 2600-000 | N/A | 31.00 | 31.00 | 31.00 |
| Rabobank, N.A. | 2600-000 | N/A | 28.89 | 28.89 | 28.89 |
| Adams Levine Surety Bond Agency | 2300-000 | N/A | 13.26 | 13.26 | 13.26 |
| Rabobank, N.A. | 2600-000 | N/A | 32.98 | 32.98 | 32.98 |
| Rabobank, N.A. | 2600-000 | N/A | 30.86 | 30.86 | 30.86 |
| Rabobank, N.A. | 2600-000 | N/A | 29.78 | 29.78 | 29.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $17,707.16 | $17,355.50 | $17,355.50 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12P | Illinois Department of Revenue | 5800-000 | N/A | 3,223.16 | 3,223.16 | 3,223.16 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $3,223.16 | $3,223.16 | $3,223.16 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 7100-000 | N/A | 1,852.77 | 1,852.77 | 7.07 |
| 2 | The Caulking Company | 7100-000 | N/A | 5,000.00 | 5,000.00 | 19.08 |
| 3 | NewSpace Inc | 7100-000 | N/A | 1,322.78 | 1,322.78 | 5.05 |
| 4 | American Express Centurion Bank | 7100-000 | N/A | 7,500.00 | 7,500.00 | 28.62 |
| 5 | Michal Brada / Brada Construction | 7100-000 | N/A | 39,133.70 | 39,133.70 | 149.33 |
| 6U | Evergreen Oak Electric Supply & Sales Co | 7100-000 | N/A | 24.60 | 24.60 | 0.09 |
| 7 | Lee Lumber & Building Material | 7100-000 | N/A | 6,157.77 | 6,157.77 | 23.50 |
| 8 | Fifth Third Bank | 7100-000 | N/A | 310,366.83 | 310,366.83 | 1,184.34 |
| 9 | George Ribet | 7100-000 | N/A | 188,592.00 | 188,592.00 | 719.66 |
| 10 | Adil & Reshma Zarif | 7100-000 | N/A | 227,845.75 | 227,845.75 | 869.45 |
| 11 | Westley Flooring | 7100-000 | N/A | 17,370.00 | 17,370.00 | 66.28 |
| 12U | Illinois Department of Revenue | 7200-000 | N/A | 321.40 | 321.40 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $0.00 | $805,487.60 | $805,487.60 | $3,072.47 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-28762-TAB  
**Case Name:** HUDSON HOME INC.

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 06/28/10 (f)  
**§341(a) Meeting Date:** 08/24/10

**Period Ending:** 03/16/16

**Claims Bar Date:** 04/27/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Bank account | 400.00 | 400.00 | | 0.00 | FA |
| 2 | Commercial lease security deposit | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Miscellaneous office equipment, etc. | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 4 | PREFERENCE RECOVERIES  (u) | 0.00 | 30,000.00 | | 7,500.00 | FA |
| 5 | Wesley's Flooring Inc preference recovery  (u) | 0.00 | 0.00 | | 5,000.00 | FA |
| 6 | Illinois Tax Refund  (u) | 0.00 | 0.00 | | 1.57 | FA |
| 7 | Utility Refund  (u) | 0.00 | 0.00 | | 11.05 | FA |
| 8 | First Community Insurance  (u) | 0.00 | 0.00 | | 1,138.50 | FA |
| 9 | Citibank, N.A.  (u) | 0.00 | 0.00 | | 10,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.01 | FA |
| 10 | **Assets    Totals** (Excluding unknown values) | **$3,400.00** | **$33,400.00** | | **$23,651.13** | **$0.00** |

**Major Activities Affecting Case Closing:**

HEARING ON FINAL FEE APPLICATIONS.

FINAL DISTRIBUTION.

HEARING ON FINAL FEE APPLICATIONS.

FINAL DISTRIBUTION.

**Initial Projected Date Of Final Report (TFR):**    July 31, 2012        **Current Projected Date Of Final Report (TFR):**    June 25, 2015  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-28762-TAB  
**Case Name:** HUDSON HOME INC.  
**Taxpayer ID #:** **-***2114  
**Period Ending:** 03/16/16

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******51-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/04/10 | {7} | ComEd | Utility Refund | 1290-000 | 11.05 | | 11.05 |
| 10/04/10 | {8} | First Community Insurance Center, Inc. | Insurance refund check | 1229-000 | 1,138.50 | | 1,149.55 |
| 10/04/10 | {6} | State of Illinois | Tax Refund | 1224-000 | 1.57 | | 1,151.12 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2.21 | 1,148.91 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,123.91 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,098.91 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,073.91 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,048.91 |
| 12/20/11 | | To Account #**********5166 | blanket bond funds | 9999-000 | | 200.00 | 848.91 |
| 01/25/12 | {4} | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY | PREFERENCE RECOVERY | 1241-000 | 7,500.00 | | 8,348.91 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 8,348.92 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,323.92 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,298.92 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,273.92 |
| 04/05/12 | | To Account #**********5166 | Funds to Clerk of US Bankruptcy Court | 9999-000 | | 1,300.00 | 6,973.92 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,948.92 |
| 05/23/12 | | From Account #**********5166 | close account | 9999-000 | 245.42 | | 7,194.34 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,169.34 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,144.34 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,119.34 |
| 08/16/12 | {5} | Wesley's Flooring Inc | Hudson Homes settlement | 1241-000 | 2,000.00 | | 9,119.34 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,094.34 |
| 09/21/12 | {5} | Wesley's Flooring Inc. | Settlement payment | 1241-000 | 1,500.00 | | 10,594.34 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,569.34 |
| 10/23/12 | {5} | Wesley Flooring Inc. | Final Settlement payment # 4 | 1241-000 | 1,500.00 | | 12,069.34 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,044.34 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,019.34 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033026088 20121220 | 9999-000 | | 12,019.34 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,896.55 | 13,896.55 | $0.00 |
| | | | Less: Bank Transfers | | 245.42 | 13,519.34 | |
| | | | **Subtotal** | | 13,651.13 | 377.21 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,651.13** | **$377.21** | |

{} Asset reference(s)

Printed: 03/16/2016 02:03 PM    V.13.25

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-28762-TAB  
**Case Name:** HUDSON HOME INC.  

**Taxpayer ID #:** **-***2114  
**Period Ending:** 03/16/16  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******51-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/20/11 | | From Account #**********5165 | blanket bond funds | 9999-000 | 200.00 | | 200.00 |
| 12/20/11 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/20/2011 FOR CASE #10-28762, Blanket Bond 016028270 11/3/11 - 11/3/12<br>Voided on 01/01/12 | 2300-000 | | 1.94 | 198.06 |
| 01/01/12 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/20/2011 FOR CASE #10-28762, Blanket Bond 016028270 11/3/11 - 11/3/12<br>Voided: check issued on 12/20/11 | 2300-000 | | -1.94 | 200.00 |
| 02/21/12 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/21/2012 FOR CASE #10-28762, Bond # 016026455 2/1/12 - 2/1/13 | 2300-000 | | 57.58 | 142.42 |
| 04/05/12 | | From Account #**********5165 | Funds to Clerk of US Bankruptcy Court | 9999-000 | 1,300.00 | | 1,442.42 |
| 04/05/12 | 103 | Clerk of U.S. Bankruptcy Court | Funds for four filing fees. Defendants Wesley's Flooring LLC, Thunderbird Electric, LLC Affordable Seating, LLC & Citibank | 2700-000 | | 1,172.00 | 270.42 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 245.42 |
| 05/23/12 | | To Account #**********5165 | close account | 9999-000 | | 245.42 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **1,500.00** | **1,500.00** | **$0.00** |
| | | | Less: Bank Transfers | | 1,500.00 | 245.42 | |
| | | | **Subtotal** | | **0.00** | **1,254.58** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$1,254.58** | |

{} Asset reference(s)

Printed: 03/16/2016 02:03 PM V.13.25

## Form 2

### Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-28762-TAB  
**Case Name:** HUDSON HOME INC.

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0566 - Checking Account

**Taxpayer ID #:** **-***2114  
**Period Ending:** 03/16/16

**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 12,019.34 | | 12,019.34 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.08 | 12,003.26 |
| 01/23/13 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/23/2013 FOR CASE #10-28762 | 2300-000 | | 1.61 | 12,001.65 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.98 | 11,982.67 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.08 | 11,966.59 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.63 | 11,949.96 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.33 | 11,931.63 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.73 | 11,913.90 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.99 | 11,897.91 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.82 | 11,879.09 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.08 | 11,862.01 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.49 | 11,845.52 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.74 | 11,826.78 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.87 | 11,810.91 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.68 | 11,792.23 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.52 | 11,774.71 |
| 02/28/14 | 11002 | INTERNATIONAL SURETIES, LTD. | Blanket Bond # 016026455 payment for 2/1/14 - 2/1/15 | 2300-000 | | 9.43 | 11,765.28 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.80 | 11,749.48 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.33 | 11,733.15 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.00 | 11,715.15 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.84 | 11,698.31 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.26 | 11,682.05 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.48 | 11,663.57 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.21 | 11,647.36 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.86 | 11,629.50 |
| 10/28/14 | {9} | Citibank, N.A. | PREFERENCE RECOVERY | 1249-000 | 10,000.00 | | 21,629.50 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.24 | 21,611.26 |
| 11/03/14 | {9} | Citibank, N.A. | Reversed Deposit 100001 1 PREFERENCE RECOVERY | 1249-000 | -10,000.00 | | 11,611.26 |
| 11/21/14 | {9} | Citibank, N.A. | PREFERENCE RECOVERY | 1249-000 | 10,000.00 | | 21,611.26 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.90 | 21,593.36 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.19 | 21,558.17 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.00 | 21,527.17 |

Subtotals :    $22,019.34    $492.17

{} Asset reference(s)

Printed: 03/16/2016 02:03 PM    V.13.25

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-28762-TAB  
**Case Name:** HUDSON HOME INC.  
**Taxpayer ID #:** **-***2114  
**Period Ending:** 03/16/16  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.89 | 21,498.28 |
| 03/30/15 | 11003 | Adams Levine Surety Bond Agency | Blanket bond # 10BSBGR6291 - Feb. 1, 2015 - Feb. 1, 2016 | 2300-000 | | 13.26 | 21,485.02 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.98 | 21,452.04 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.86 | 21,421.18 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.78 | 21,391.40 |
| 07/27/15 | 11004 | ALEX D. MOGLIA | Dividend paid 100.00% on $3,115.11, Trustee Compensation; Reference:<br>Voided on 10/14/15 | 2100-000 | | 3,115.11 | 18,276.29 |
| 07/27/15 | 11005 | ALEX D. MOGLIA | Dividend paid 100.00% on $288.55, Trustee Expenses; Reference:<br>Voided on 10/14/15 | 2200-000 | | 288.55 | 17,987.74 |
| 07/27/15 | 11006 | SPRINGER BROWN LLC | Dividend paid 100.00% on $9,820.00, Attorney for Trustee Fees (Other Firm); Reference:<br>Voided on 10/14/15 | 3210-000 | | 9,820.00 | 8,167.74 |
| 07/27/15 | 11007 | SPRINGER BROWN LLC | Dividend paid 100.00% on $329.11, Attorney for Trustee Expenses (Other Firm); Reference:<br>Voided on 10/14/15 | 3220-000 | | 329.11 | 7,838.63 |
| 07/27/15 | 11008 | POPOWCER KATTEN, LTD | Dividend paid 100.00% on $1,543.00, Accountant for Trustee Fees (Other Firm); Reference:<br>Voided on 10/14/15 | 3410-000 | | 1,543.00 | 6,295.63 |
| 07/27/15 | 11009 | Illinois Department of Revenue | BANKRUPTCY CASE10-28762    ,HUDSON HOME INC.           DIVIDEND ON ALLOWED CLAIM # 12P of 100.00%<br>Voided on 10/14/15 | 5800-000 | | 3,223.16 | 3,072.47 |
| 07/27/15 | 11010 | Commonwealth Edison Company | BANKRUPTCY CASE10-28762    ,HUDSON HOME INC.           DIVIDEND ON ALLOWED CLAIM # 1 of 0.38%<br>Voided on 10/14/15 | 7100-000 | | 7.07 | 3,065.40 |
| 07/27/15 | 11011 | The Caulking Company | BANKRUPTCY CASE10-28762    ,HUDSON HOME INC.           DIVIDEND ON ALLOWED CLAIM # 2 of 0.38%<br>Voided on 10/14/15 | 7100-000 | | 19.08 | 3,046.32 |
| 07/27/15 | 11012 | NewSpace Inc | BANKRUPTCY CASE10-28762    ,HUDSON HOME INC.           DIVIDEND ON ALLOWED CLAIM # 3 of 0.38%<br>Voided on 10/14/15 | 7100-000 | | 5.05 | 3,041.27 |
| 07/27/15 | 11013 | American Express Centurion Bank | BANKRUPTCY CASE10-28762    ,HUDSON | 7100-000 | | 28.62 | 3,012.65 |

Subtotals :    $0.00    $18,514.52

{} Asset reference(s)                                                                                                                                        Printed: 03/16/2016 02:03 PM    V.13.25

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

**Case Number:** 10-28762-TAB  
**Case Name:** HUDSON HOME INC.  

**Taxpayer ID #:** \*\*-\*\*\*2114  
**Period Ending:** 03/16/16

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*0566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | HOME INC.    DIVIDEND ON ALLOWED CLAIM # 4 of 0.38%<br>Voided on 10/14/15 | | | | |
| 07/27/15 | 11014 | Michal Brada / Brada Construction | BANKRUPTCY CASE10-28762    ,HUDSON HOME INC.    DIVIDEND ON ALLOWED CLAIM # 5 of 0.38%<br>Voided on 10/14/15 | 7100-000 | | 149.33 | 2,863.32 |
| 07/27/15 | 11015 | Evergreen Oak Electric Supply & Sales Co | BANKRUPTCY CASE10-28762    ,HUDSON HOME INC.    DIVIDEND ON ALLOWED CLAIM # 6U of 0.38% De minimis distribution to be paid to court<br>Voided on 07/27/15 | 7100-000 | | 0.09 | 2,863.23 |
| 07/27/15 | 11015 | Evergreen Oak Electric Supply & Sales Co | BANKRUPTCY CASE10-28762    ,HUDSON HOME INC.    DIVIDEND ON ALLOWED CLAIM # 6U of 0.38% De minimis distribution to be paid to court<br>Voided: check issued on 07/27/15 | 7100-000 | | -0.09 | 2,863.32 |
| 07/27/15 | 11016 | Lee Lumber & Building Material | BANKRUPTCY CASE10-28762    ,HUDSON HOME INC.    DIVIDEND ON ALLOWED CLAIM # 7 of 0.38%<br>Voided on 10/14/15 | 7100-000 | | 23.50 | 2,839.82 |
| 07/27/15 | 11017 | Fifth Third Bank | BANKRUPTCY CASE10-28762    ,HUDSON HOME INC.    DIVIDEND ON ALLOWED CLAIM # 8 of 0.38%<br>Voided on 10/14/15 | 7100-000 | | 1,184.34 | 1,655.48 |
| 07/27/15 | 11018 | George Ribet | BANKRUPTCY CASE10-28762    ,HUDSON HOME INC.    DIVIDEND ON ALLOWED CLAIM # 9 of 0.38%<br>Voided on 10/14/15 | 7100-000 | | 719.66 | 935.82 |
| 07/27/15 | 11019 | Adil & Reshma Zarif | BANKRUPTCY CASE10-28762    ,HUDSON HOME INC.    DIVIDEND ON ALLOWED CLAIM # 10 of 0.38%<br>Voided on 10/14/15 | 7100-000 | | 869.45 | 66.37 |
| 07/27/15 | 11020 | Westley Flooring | BANKRUPTCY CASE10-28762    ,HUDSON HOME INC.    DIVIDEND ON ALLOWED CLAIM # 11 of 0.38%<br>Voided on 10/14/15 | 7100-000 | | 66.28 | 0.09 |
| 10/14/15 | 11004 | ALEX D. MOGLIA | Dividend paid 100.00% on $3,115.11, Trustee Compensation; Reference:<br>Voided: check issued on 07/27/15 | 2100-000 | | -3,115.11 | 3,115.20 |

Subtotals :    $0.00    $-102.55

{} Asset reference(s)

Printed: 03/16/2016 02:03 PM    V.13.25

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 10-28762-TAB  
**Case Name:** HUDSON HOME INC.  

**Taxpayer ID #:** **-***2114  
**Period Ending:** 03/16/16  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/14/15 | 11005 | ALEX D. MOGLIA | Dividend paid 100.00% on $288.55, Trustee Expenses; Reference: Voided: check issued on 07/27/15 | 2200-000 | | -288.55 | 3,403.75 |
| 10/14/15 | 11006 | SPRINGER BROWN LLC | Dividend paid 100.00% on $9,820.00, Attorney for Trustee Fees (Other Firm); Reference: Voided: check issued on 07/27/15 | 3210-000 | | -9,820.00 | 13,223.75 |
| 10/14/15 | 11007 | SPRINGER BROWN LLC | Dividend paid 100.00% on $329.11, Attorney for Trustee Expenses (Other Firm); Reference: Voided: check issued on 07/27/15 | 3220-000 | | -329.11 | 13,552.86 |
| 10/14/15 | 11008 | POPOWCER KATTEN, LTD | Dividend paid 100.00% on $1,543.00, Accountant for Trustee Fees (Other Firm); Reference: Voided: check issued on 07/27/15 | 3410-000 | | -1,543.00 | 15,095.86 |
| 10/14/15 | 11009 | Illinois Department of Revenue | BANKRUPTCY CASE10-28762 ,HUDSON HOME INC. DIVIDEND ON ALLOWED CLAIM # 12P of 100.00% Voided: check issued on 07/27/15 | 5800-000 | | -3,223.16 | 18,319.02 |
| 10/14/15 | 11010 | Commonwealth Edison Company | BANKRUPTCY CASE10-28762 ,HUDSON HOME INC. DIVIDEND ON ALLOWED CLAIM # 1 of 0.38% Voided: check issued on 07/27/15 | 7100-000 | | -7.07 | 18,326.09 |
| 10/14/15 | 11011 | The Caulking Company | BANKRUPTCY CASE10-28762 ,HUDSON HOME INC. DIVIDEND ON ALLOWED CLAIM # 2 of 0.38% Voided: check issued on 07/27/15 | 7100-000 | | -19.08 | 18,345.17 |
| 10/14/15 | 11012 | NewSpace Inc | BANKRUPTCY CASE10-28762 ,HUDSON HOME INC. DIVIDEND ON ALLOWED CLAIM # 3 of 0.38% Voided: check issued on 07/27/15 | 7100-000 | | -5.05 | 18,350.22 |
| 10/14/15 | 11013 | American Express Centurion Bank | BANKRUPTCY CASE10-28762 ,HUDSON HOME INC. DIVIDEND ON ALLOWED CLAIM # 4 of 0.38% Voided: check issued on 07/27/15 | 7100-000 | | -28.62 | 18,378.84 |
| 10/14/15 | 11014 | Michal Brada / Brada Construction | BANKRUPTCY CASE10-28762 ,HUDSON HOME INC. DIVIDEND ON ALLOWED CLAIM # 5 of 0.38% Voided: check issued on 07/27/15 | 7100-000 | | -149.33 | 18,528.17 |
| 10/14/15 | 11016 | Lee Lumber & Building Material | BANKRUPTCY CASE10-28762 ,HUDSON HOME INC. DIVIDEND ON ALLOWED CLAIM # 7 of 0.38% | 7100-000 | | -23.50 | 18,551.67 |

Subtotals : $0.00   $-15,436.47

{} Asset reference(s)                                              Printed: 03/16/2016 02:03 PM   V.13.25

Exhibit 9

## Form 2

Page: 7

### Cash Receipts And Disbursements Record

**Case Number:** 10-28762-TAB  
**Case Name:** HUDSON HOME INC.  

**Taxpayer ID #:** **-***2114  
**Period Ending:** 03/16/16  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/14/15 | 11017 | Fifth Third Bank | Voided: check issued on 07/27/15<br>BANKRUPTCY CASE10-28762    ,HUDSON HOME INC.          DIVIDEND ON ALLOWED CLAIM # 8 of  0.38% | 7100-000 | | -1,184.34 | 19,736.01 |
| 10/14/15 | 11018 | George Ribet | Voided: check issued on 07/27/15<br>BANKRUPTCY CASE10-28762    ,HUDSON HOME INC.          DIVIDEND ON ALLOWED CLAIM # 9 of  0.38% | 7100-000 | | -719.66 | 20,455.67 |
| 10/14/15 | 11019 | Adil & Reshma Zarif | Voided: check issued on 07/27/15<br>BANKRUPTCY CASE10-28762    ,HUDSON HOME INC.          DIVIDEND ON ALLOWED CLAIM # 10 of  0.38% | 7100-000 | | -869.45 | 21,325.12 |
| 10/14/15 | 11020 | Westley Flooring | Voided: check issued on 07/27/15<br>BANKRUPTCY CASE10-28762    ,HUDSON HOME INC.          DIVIDEND ON ALLOWED CLAIM # 11 of  0.38% | 7100-000 | | -66.28 | 21,391.40 |
| 10/14/15 | 11021 | POPOWCER KATTEN, LTD | Dividend paid 100.00% on $1,543.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,543.00 | 19,848.40 |
| 10/14/15 | 11022 | Illinois Department of Revenue | BANKRUPTCY CASE10-28762    ,HUDSON HOME INC.          DIVIDEND ON ALLOWED CLAIM # 12P of 100.00% | 5800-000 | | 3,223.16 | 16,625.24 |
| 10/14/15 | 11023 | Commonwealth Edison Company | BANKRUPTCY CASE10-28762    ,HUDSON HOME INC.          DIVIDEND ON ALLOWED CLAIM # 1 of  0.38% | 7100-000 | | 7.07 | 16,618.17 |
| 10/14/15 | 11024 | The Caulking Company | BANKRUPTCY CASE10-28762    ,HUDSON HOME INC.          DIVIDEND ON ALLOWED CLAIM # 2 of  0.38% | 7100-000 | | 19.08 | 16,599.09 |
| 10/14/15 | 11025 | NewSpace Inc | BANKRUPTCY CASE10-28762    ,HUDSON HOME INC.          DIVIDEND ON ALLOWED CLAIM # 3 of  0.38% | 7100-000 | | 5.05 | 16,594.04 |
| 10/14/15 | 11026 | American Express Centurion Bank | BANKRUPTCY CASE10-28762    ,HUDSON HOME INC.          DIVIDEND ON ALLOWED CLAIM # 4 of  0.38% | 7100-000 | | 28.62 | 16,565.42 |
| 10/14/15 | 11027 | Michal Brada / Brada Construction | BANKRUPTCY CASE10-28762    ,HUDSON HOME INC.          DIVIDEND ON ALLOWED CLAIM # 5 of  0.38% | 7100-000 | | 149.33 | 16,416.09 |
| 10/14/15 | 11028 | Lee Lumber & Building Material | BANKRUPTCY CASE10-28762    ,HUDSON | 7100-000 | | 23.50 | 16,392.59 |

Subtotals :    $0.00    $2,159.08

{} Asset reference(s)                    Printed: 03/16/2016 02:03 PM    V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

**Case Number:** 10-28762-TAB  
**Case Name:** HUDSON HOME INC.  
**Taxpayer ID #:** **-***2114  
**Period Ending:** 03/16/16  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0566 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | HOME INC.        DIVIDEND ON ALLOWED CLAIM # 7 of 0.38% | | | | |
| 10/14/15 | 11029 | Fifth Third Bank | BANKRUPTCY CASE10-28762    ,HUDSON HOME INC.        DIVIDEND ON ALLOWED CLAIM # 8 of 0.38% | 7100-000 | | 1,184.34 | 15,208.25 |
| 10/14/15 | 11030 | George Ribet | BANKRUPTCY CASE10-28762    ,HUDSON HOME INC.        DIVIDEND ON ALLOWED CLAIM # 9 of 0.38% | 7100-000 | | 719.66 | 14,488.59 |
| 10/14/15 | 11031 | Adil & Reshma Zarif | BANKRUPTCY CASE10-28762    ,HUDSON HOME INC.        DIVIDEND ON ALLOWED CLAIM # 10 of 0.38% | 7100-000 | | 869.45 | 13,619.14 |
| 10/14/15 | 11032 | Westley Flooring | BANKRUPTCY CASE10-28762    ,HUDSON HOME INC.        DIVIDEND ON ALLOWED CLAIM # 11 of 0.38% | 7100-000 | | 66.28 | 13,552.86 |
| 10/14/15 | 11033 | ALEX D. MOGLIA | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,403.66 | 10,149.20 |
| | | | Dividend paid 100.00%    3,115.11 on $3,115.11;  Claim# ; Filed: $3,115.11 | 2100-000 | | | 10,149.20 |
| | | | Dividend paid 100.00%    288.55 on $288.55;  Claim# ; Filed: $288.55 | 2200-000 | | | 10,149.20 |
| 10/14/15 | 11034 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 0.09 | 10,149.11 |
| 10/14/15 | 11035 | SPRINGER BROWN LLC | Combined Check for Claims#et_al. | | | 10,149.11 | 0.00 |
| | | | Dividend paid 100.00%    9,820.00 on $9,820.00;  Claim# ; Filed: $10,170.00 | 3210-000 | | | 0.00 |
| | | | Dividend paid 100.00%    329.11 on $329.11;  Claim# ; Filed: $330.77 | 3220-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 22,019.34 | 22,019.34 | $0.00 |
| | | | Less: Bank Transfers | | 12,019.34 | 0.00 | |
| | | | Subtotal | | 10,000.00 | 22,019.34 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $10,000.00 | $22,019.34 | |

{} Asset reference(s)

Printed: 03/16/2016 02:03 PM    V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 9

| Case Number: | 10-28762-TAB | | Trustee: | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| Case Name: | HUDSON HOME INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******0566 - Checking Account |
| Taxpayer ID #: | **-***2114 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/16/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :        23,651.13
Net Estate :           $23,651.13

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****-******51-65** | 13,651.13 | 377.21 | 0.00 |
| **Checking # ****-******51-66** | 0.00 | 1,254.58 | 0.00 |
| **Checking # ******0566** | 10,000.00 | 22,019.34 | 0.00 |
| | $23,651.13 | $23,651.13 | $0.00 |

{} Asset reference(s)

Printed: 03/16/2016 02:03 PM    V.13.25